UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VON STAICH,<br><br>        Petitioner,<br><br>    v.<br><br>BOP PAROLE COMMISSION,<br><br>        Respondent. | No. 1:21-cv-00088-DAD-JLT (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION<br><br>(Doc. No. 9) |

Petitioner Ivan Von Staich is a county jail inmate proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On March 12, 2021, the assigned magistrate judge issued findings and recommendations, recommending that the pending petition be dismissed for failure to state a cognizable federal habeas claim. (Doc. No. 9 at 3.) The pending findings and recommendations were served on all parties with notice that any objections thereto were to be filed within thirty (30) days of service. (*Id*. at 4.) The time to file objections has since passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

The plain language of 28 U.S.C. § 2253(c)(1) does not require a certificate of appealability because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a State court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996). Therefore, no certificate of appealability will be issued.

Accordingly,

1. The findings and recommendations issued on March 12, 2021 (Doc. No. 9) are adopted in full;
2. The petition for writ of habeas corpus is dismissed;
3. No certificate of appealability will issue because none is required; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __May 3, 2021__            _/s/ Dale A. Drozd_
                                  UNITED STATES DISTRICT JUDGE